# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case no. 14-80151-CR-MIDDLEBROOKS/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL STAPLETON,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

THIS CAUSE comes the Court upon a Report and Recommendation issued by United States Magistrate Judge John J. O'Sullivan ("Report") on December 14, 2018. (DE 71). Defendant Michael Stapleton ("Stapleton") filed two sets of objections to the Report on December 27, 2018. (DE 75 & 79). The United States filed a response to Defendant's objections on January 9, 2019. (DE 85).

On September 4, 2014, Defendant was indicted for two counts of conspiracy to smuggle aliens into the country and forty-five counts of substantive smuggling offenses on September 4, 2014. (DE 1). He had previously been indicted on October 17, 2013 in a separate case, 13-80201-CR-UNGARO, for a third conspiracy to smuggle aliens into the country. (13-80201 DE 13). He did not, however, initially appear in either case until July 27, 2018. (DE 7, 13-80201 DE 69). The delay had been caused by the United States' difficulty extraditing Defendant from the Bahamas and from Jamaica. (DE 71 at 4–8). During that time, Defendant did not know that he had been indicted. (*Id.* at 17). Defendant was eventually arrested pursuant to an Interpol red

notice at the airport in Frankfurt, Germany on May 23, 2018. (*Id.* at 8). He was then extradited from Germany to the United States. (*Id.*)

On October 28, 2018, Defendant filed Motions to Dismiss both indictments against him for violation of his Sixth Amendment right to a speedy trial. (DE 47, 13-80201 DE 114). The Report recommends that the Motion to Dismiss in this case be denied.

Having conducted an independent *de novo* review of the record in this case, the Court agrees with the Report's recommendation as to the Motion to Dismiss in this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

(1) United States Magistrate Judge John J. O'Sullivan's Report (DE 71) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

(2) Defendant's Motion to Dismiss (DE 47) is **DENIED**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 17 day of January, 2019.

DONALD M. MIDDLEBROOKS
UNTIED STATES DISTRICT JUDGE

CC: Counsel of record;
Michael Stapleton
17627-104
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101
PRO SE